

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 1, 2022

**Via ECF and Fax**
Hon. Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Conference adjourned to
3/3/22 @ 11:00 AM.

*/s/ Colleen McMahon*
2/2/2022

Re: **Rodriguez v. City of New York, et al., 21-CV-8565 (CM) (OTW)**

Dear Judge McMahon:

MEMO ENDORSED

This Office represents State defendants Gonzalez, Douglas, and Lucas, employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), and respectfully requests that the telephone conference currently scheduled for 10:00 A.M. on February 3, 2022 be rescheduled because of a conflict. The undersigned will be taking a deposition in Flores et al. v. Stanford et al., 18-CV-2468 (VB)(JCM) at that time on February 3, 2022. The parties have conferred and propose that the conference be rescheduled to their earliest mutually available date on February 11, 2022, or on a date thereafter convenient to the Court. Plaintiff and the City defendants have consented.

Sincerely,
*/s/ David T. Cheng*
David T. Cheng
Assistant Attorney General

Cc: Rob Rickner, Esq.
Rickner PLLC
14 Wall Street, Suite 1603
New York, New York 10005
*Attorney for Plaintiff*

Shefali Singh
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Attorney for City Defendants*