

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2022

MEMO ENDORSED

April 12, 2022

**Via ECF**
Hon. Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Rodriguez v. City of New York, et al., 21-CV-8565 (CM) (OTW)**

Dear Judge McMahon:

This Office represents State defendants Gonzalez, Douglas, and Lucas, employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), and respectfully requests a two-week extension of their time to file motion pursuant to this Court's individual rules part V and V.F.4 from April 20, 2022, until May 4, 2022. The undersigned is involved in time-sensitive litigation concerning the proper application of the recently effective Less is More Act, which substantially changed parole revocation procedures effective March 1, 2022, and will also be unavailable for a week on personal commitments. Plaintiff and City Defendants have consented to extension. This is the first application for an extension of these deadlines.

Accordingly DOCCS Defendants propose the following revised schedule:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| DOCCS Defendants' Moving Papers | April 20, 2022 | May 4, 2022 |
| Plaintiff's Responsive Papers | May 20, 2022 | June 3, 2022 |
| DOCCS Defendants' Reply Papers | June 3, 2022 | June 17, 2022 |

Sincerely,
*/s/ David T. Cheng*
David T. Cheng
Assistant Attorney General

Cc: Rob Rickner, Esq.
Rickner PLLC
14 Wall Street, Suite 1603
New York, New York 10005
*Attorney for Plaintiff*

Shefali Singh
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Attorney for City Defendants*

Colleen McMahon 4/14/2022

28 Liberty Street, New York, New York 10005 • Tel.: (212) 416-8610 • www.ag.ny.gov