UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

MODESTO RODRIGUEZ,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, WARDEN STEVEN BASTIAN,
OFFICER MICHELLE GONZALEZ, ANTOINETTE
DOUGLAS, and LACHONDA LUCAS,

                Defendants.

-------------------------------------------------------------------------X

21-CV-8565 (CM) (OTW)

**NOTICE OF APPEARANCE**

        Please enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the Defendant, The City of New York, in the above-captioned action.

Dated:    New York, New York
            September 19, 2022

                                       **HON. SYLVIA O. HINDX-RADIX**
                                       Corporation Counsel of the City of New York
                                       Attorney for City of New York
                                       100 Church Street, Room 2-121
                                       New York, New York 10007
                                       (212) 356-0876

                               By:    _____
                                       Jeffrey S. Dantowitz
                                       Assistant Corporation Counsel

cc:    All counsel of record
       (by ECF)