# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

August 23, 2023

**Via ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Rodriguez v. City of New York, et al.*, 21-CV-8565

Dear Judge Subramanian,

We represent Plaintiff Modesto Rodriguez in the above-captioned action. We write to request an extension of the time to provide a status update. The parties have been in contact regarding this submission, and I am taking lead on doing the initial draft. Unfortunately, I have a family emergency I have had to deal with and I was not able to finish writing. Consequently, I ask that the deadline be extended until Monday, August 28, 2023.

Respectfully,

  /s/

Rob Rickner

cc:

All Parties via ECF

The request for an extension is GRANTED. The parties are ORDERED to submit a joint status letter in compliance with the order at ECF No. 56 by Monday, August 28, 2023. All future requests for extensions must comply with this Court's Individual Practices.

The Clerk of Court is directed to terminate the motion at ECF No. 59.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 24, 2023

212-300-6506 | 14 WALL STREET, SUITE 1603 NEW YORK, NY 10005 | RICKNERPLLC.COM