UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODESTO RODRIGUEZ,<br><br>        Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>        Defendants. | 21-CV-8565 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at the October 25th hearing, the parties agree that defendant Antoinette Douglas should be dismissed from this case. Plaintiff should promptly file papers to effectuate her dismissal. Motions for summary judgment are due November 20, 2023; opposition briefs are due December 11, 2023; reply briefs are due December 18, 2023. As addressed at the conference, the state defendants' briefing should, in addition to addressing the merits, address why their motion should be heard in light of the prior motion for summary judgment they elected to file.

  SO ORDERED.

Dated: October 25, 2023
   New York, New York

                       _____
                        ARUN SUBRAMANIAN
                        United States District Judge