# EXHIBIT E-3

**From:** Mc Evilley, Lorraine
**To:** Finston, Matthew; Douglas, Antoinette A (DOCCS); Darden, Barbara Z (DOCCS); Bell, Rachael N (DOCCS)
**Cc:** Williams, Sheila R (DOCCS); Harpaz, Elon
**Subject:** Re: Modesto Rodriguez Warrant: 823208, still incarcerated
**Date:** Friday, March 27, 2020 5:53:30 PM

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Adding dep Lucas and williams

On: 27 March 2020 17:51,
"Finston, Matthew" <MCFinston@legal-aid.org> wrote:

Mr. Rodriguez is still incarcerated. He was ordered to be released 3/19/20.

**Matthew C. Finston**
Staff Attorney

Parole Revocation Defense Unit
Legal Aid Society
Ph: (212) 298-3162
Cell: (917) 922-6900
Fax: (646) 449 6788

**From:** Finston, Matthew
**Sent:** Thursday, March 26, 2020 10:47 AM
**To:** Douglas, Antoinette A (DOCCS); Darden, Barbara Z (DOCCS); Rachael.Bell@doccs.ny.gov
**Cc:** Williams, Sheila R (DOCCS); Mc Evilley, Lorraine; Harpaz, Elon
**Subject:** Modesto Rodriguez Warrant: 823208, still incarcerated

Good morning,

Mr. Rodriguez was on the discharge list for Tuesday March 24, 2020. He is still incarcerated at OBCC. He called me today to find out what is going on. He said he was brought to RIJC yesterday but was told that he was not getting discharged. Could someone please look into this matter?

Best,

**Matthew C. Finston**
Staff Attorney

Parole Revocation Defense Unit
Legal Aid Society
Ph: (212) 298-3162
Cell: (917) 922-6900
Fax: (646) 449 6788

----------------------------------------------------------------------------------------------------------
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.
----------------------------------------------------------------------------------------------------------

STATE DEFS 000822