# EXHIBIT 4

| From: | Kennedy, Jacqueline E (DOCCS) |
|---|---|
| To: | Lucas, Lachonda (DOCCS); Mausler, Craig R (DOCCS) |
| Cc: | Delrio, Edward (DOCCS); Williams, Sheila R (DOCCS); Bailey, Sheila P (DOCCS); Darden, Barbara Z (DOCCS); Perez, Farconeris L (DOCCS); Roberson, Margie (DOCCS); Williams, Rose M (DOCCS); Vega, Dolly S (DOCCS); Ramirez, Angie (DOCCS); Johnson, Ashley (DOCCS); Castillo, Jennitza (DOCCS); Koshy, Sunny (DOCCS); Shaw, Leleith L (DOCCS); Douglas, Antoinette A (DOCCS) |
| Subject: | RE: Modesto Rodriguez |
| Date: | Tuesday, March 31, 2020 12:28:19 PM |

Thank you.

**From:** Lucas, Lachonda (DOCCS) <Lachonda.Lucas@doccs.ny.gov>
**Sent:** Tuesday, March 31, 2020 12:25 PM
**To:** Kennedy, Jacqueline E (DOCCS) <Jacqueline.Kennedy@doccs.ny.gov>; Mausler, Craig R (DOCCS) <Craig.Mausler@doccs.ny.gov>
**Cc:** Delrio, Edward (DOCCS) <Edward.Delrio@doccs.ny.gov>; Williams, Sheila R (DOCCS) <Sheila.Williams@doccs.ny.gov>; Bailey, Sheila P (DOCCS) <Sheila.Bailey@doccs.ny.gov>; Darden, Barbara Z (DOCCS) <Barbara.Darden@doccs.ny.gov>; Perez, Farconeris L (DOCCS) <Farconeris.Perez@doccs.ny.gov>; Roberson, Margie (DOCCS) <Margie.Roberson@doccs.ny.gov>; Williams, Rose M (DOCCS) <Rose.Williams@doccs.ny.gov>; Vega, Dolly S (DOCCS) <Dolly.Vega@doccs.ny.gov>; Ramirez, Angie (DOCCS) <Angie.Ramirez@doccs.ny.gov>; Johnson, Ashley (DOCCS) <Ashley.Johnson@doccs.ny.gov>; Castillo, Jennitza (DOCCS) <Jennitza.Castillo@doccs.ny.gov>; Koshy, Sunny (DOCCS) <Sunny.Koshy@doccs.ny.gov>; Shaw, Leleith L (DOCCS) <Leleith.Shaw@doccs.ny.gov>; Douglas, Antoinette A (DOCCS) <Antoinette.Douglas@doccs.ny.gov>
**Subject:** RE: Modesto Rodriguez

Good Afternoon,
Warrant lift is being sent now.

**From:** Kennedy, Jacqueline E (DOCCS) <Jacqueline.Kennedy@doccs.ny.gov>
**Sent:** Tuesday, March 31, 2020 12:02 PM
**To:** Mausler, Craig R (DOCCS) <Craig.Mausler@doccs.ny.gov>
**Cc:** Delrio, Edward (DOCCS) <Edward.Delrio@doccs.ny.gov>; Lucas, Lachonda (DOCCS) <Lachonda.Lucas@doccs.ny.gov>; Williams, Sheila R (DOCCS) <Sheila.Williams@doccs.ny.gov>; Bailey, Sheila P (DOCCS) <Sheila.Bailey@doccs.ny.gov>; Darden, Barbara Z (DOCCS) <Barbara.Darden@doccs.ny.gov>; Perez, Farconeris L (DOCCS) <Farconeris.Perez@doccs.ny.gov>; Roberson, Margie (DOCCS) <Margie.Roberson@doccs.ny.gov>; Williams, Rose M (DOCCS) <Rose.Williams@doccs.ny.gov>; Vega, Dolly S (DOCCS) <Dolly.Vega@doccs.ny.gov>; Ramirez, Angie (DOCCS) <Angie.Ramirez@doccs.ny.gov>; Johnson, Ashley (DOCCS) <Ashley.Johnson@doccs.ny.gov>; Castillo, Jennitza (DOCCS) <Jennitza.Castillo@doccs.ny.gov>; Koshy, Sunny (DOCCS) <Sunny.Koshy@doccs.ny.gov>; Shaw, Leleith L (DOCCS) <Leleith.Shaw@doccs.ny.gov>; Douglas, Antoinette A (DOCCS) <Antoinette.Douglas@doccs.ny.gov>
**Subject:** RE: Modesto Rodriguez

PVU/DDOI is looking into this matter.

**From:** Mausler, Craig R (DOCCS) <Craig.Mausler@doccs.ny.gov>
**Sent:** Tuesday, March 31, 2020 11:46 AM
**To:** Kennedy, Jacqueline E (DOCCS) <Jacqueline.Kennedy@doccs.ny.gov>
**Cc:** Delrio, Edward (DOCCS) <Edward.Delrio@doccs.ny.gov>; Lucas, Lachonda (DOCCS) <Lachonda.Lucas@doccs.ny.gov>; Williams, Sheila R (DOCCS) <Sheila.Williams@doccs.ny.gov>; Bailey, Sheila P (DOCCS) <Sheila.Bailey@doccs.ny.gov>; Darden, Barbara Z (DOCCS) <Barbara.Darden@doccs.ny.gov>; Perez, Farconeris L (DOCCS) <Farconeris.Perez@doccs.ny.gov>; Roberson, Margie (DOCCS) <Margie.Roberson@doccs.ny.gov>; Williams, Rose M (DOCCS) <Rose.Williams@doccs.ny.gov>; Vega, Dolly S (DOCCS) <Dolly.Vega@doccs.ny.gov>; Ramirez, Angie (DOCCS) <Angie.Ramirez@doccs.ny.gov>; Johnson, Ashley (DOCCS) <Ashley.Johnson@doccs.ny.gov>; Castillo, Jennitza (DOCCS) <Jennitza.Castillo@doccs.ny.gov>; Koshy, Sunny (DOCCS) <Sunny.Koshy@doccs.ny.gov>; Shaw, Leleith L (DOCCS) <Leleith.Shaw@doccs.ny.gov>
**Subject:** RE: Modesto Rodriguez

I should add this is due to DOCCS losing a writ of habeas corpus.
I am only responding to a phone call and don't have a file in front of me, but if the Court says let him out, we need to release him now.

---

**From:** Kennedy, Jacqueline E (DOCCS) <Jacqueline.Kennedy@doccs.ny.gov>
**Sent:** Tuesday, March 31, 2020 11:43 AM
**To:** Mausler, Craig R (DOCCS) <Craig.Mausler@doccs.ny.gov>
**Cc:** Delrio, Edward (DOCCS) <Edward.Delrio@doccs.ny.gov>; Lucas, Lachonda (DOCCS) <Lachonda.Lucas@doccs.ny.gov>; Williams, Sheila R (DOCCS) <Sheila.Williams@doccs.ny.gov>; Bailey, Sheila P (DOCCS) <Sheila.Bailey@doccs.ny.gov>; Darden, Barbara Z (DOCCS) <Barbara.Darden@doccs.ny.gov>; Perez, Farconeris L (DOCCS) <Farconeris.Perez@doccs.ny.gov>; Roberson, Margie (DOCCS) <Margie.Roberson@doccs.ny.gov>; Williams, Rose M (DOCCS) <Rose.Williams@doccs.ny.gov>; Vega, Dolly S (DOCCS) <Dolly.Vega@doccs.ny.gov>; Ramirez, Angie (DOCCS) <Angie.Ramirez@doccs.ny.gov>; Johnson, Ashley (DOCCS) <Ashley.Johnson@doccs.ny.gov>; Castillo, Jennitza (DOCCS) <Jennitza.Castillo@doccs.ny.gov>; Koshy, Sunny (DOCCS) <Sunny.Koshy@doccs.ny.gov>; Shaw, Leleith L (DOCCS) <Leleith.Shaw@doccs.ny.gov>
**Subject:** RE: Modesto Rodriguez

Good Morning,

I sent a request to the Parole Violation Unit/DDOI to get an update. I have included all parties in this email. Thank you.

---

**From:** Mausler, Craig R (DOCCS) <Craig.Mausler@doccs.ny.gov>
**Sent:** Tuesday, March 31, 2020 11:12 AM
**To:** Kennedy, Jacqueline E (DOCCS) <Jacqueline.Kennedy@doccs.ny.gov>; Castillo, Jennitza (DOCCS) <Jennitza.Castillo@doccs.ny.gov>
**Subject:** Modesto Rodriguez

Good morning

Our office has received a phone call from the Legal Aid Society inquiring why this person is still incarcerated.
The chrono notes from March 26 say he is to released that day.

Can you give me an update
Thanks

## Craig Mausler

Assistant Counsel to the Board of Parole

**Department of Corrections and Community Supervision**
Board of Parole Counsel's Office
The Harriman State Campus
1220 Washington Avenue
Albany, New York 12226
Main Office 518-473-5671l Craig.Mausler@doccs.ny.gov
www.doccs.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged, or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.