-----Original Message-----
From: Bailey, Sheila 2 (DOCCS) <CRIKSPB>
Sent: Tuesday, March 31, 2020 12:31 PM
To: Figueroa, Adam <Adam.Figueroa@doc.nyc.gov>
Subject: Parole warrant lifts

Please open the attached document. This document was digitally sent to you using an HP Digital Sending device.