

**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW CUOMO
GOVERNOR

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

Date: 3·31·2020√

TO:  CAPTAIN AMADEO, T.                    (718) 546-1377
     CAPTAIN MONASTERO, A.                 (718) 546-1879
     OFFICER FIGUEROA, A.                  (718) 546-1333

**CUSTODY MANAGEMENT/OPERATIONS**    Fax#:   **(718) 546-1702**
                                             **(718) 546-1686**

FROM:    EDWARD DEL RIO, BUREAU CHIEF - ANTOINETTE DOUGLAS, SENIOR PAROLE OFFICER

SUBJECT:  Rodriguez, Modesto √        NYSID#: 06986752N √
AKA:  _____               B&C#: 3001900519 √
                              Warrant#: 823208
                              Location: OBCC
                                         3.31.2020 √

THE BOARD OF PAROLE HAS AUTHORIZED THAT THE ABOVE **WARRANT** BE **LIFTED** ON ____.

PLEASE HAVE THE GENERAL OFFICE RETURN THE WARRANT TO RIKERS ISLAND PAROLE OFFICE LOCATED AT DDOI/RIKERS ISLAND/2ND FLOOR, IN ACCORDANCE WITH EXISTING PROCEDURES AS OUTLINED IN NYCDOCS OPERATIONS ORDER NO. 8/91. HOUSING PAROLE VIOLATORS PARAGRAPH (IV-G AUTHORIZATION TO VACATE PAROLE WARRANTS). DATED FEBRUARY 18, 1991.

IF THE GENERAL OFFICE IS NOT ABLE TO LIFT THE WARRANT FOR ANY REASON THEY MUST NOTIFY THIS
OFFICE: (718) 546-8639.        P.O.S. Bailey for SPO Douglas √
                        _____
                        Edward Del Rio, Bureau Chief
                        Antoinette Douglas, Senior Parole Officer

**FOR RIKERS COMMUNITY SUPERVISION OFFICE USE ONLY-DATE WARRANT LIFTED:** _____

DONALD CRANSTON JUDICIAL CENTER-DDOI UNIT
RIKERS ISLAND C.F.
160 E. 4TH Street – 2ND Floor
East Elmhurst, NY 11370
Phone # (718)546-8639

DEPARTMENT OF CORRECTION
CUSTODY MANAGEMENT

AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER  TO LIFT PAROLE WARRANT

Supervisor (Print Name) _____

Rank _____

Shield Number _____

Signature _____

0146