UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

MODESTO RODRIGUEZ,

                                          *Plaintiff*,

-against-

THE CITY OF NEW YORK, WARDEN STEVEN
BASTIAN, OFFICER MICHELLE GONZALEZ,
ANTOINETTE DOUGLAS, and LACHONDA LUCAS,

                                          *Defendants*.

----------------------------------------------------------------- x

21-CV-8565 (CM) (OTW)

**DECLARATION OF ADAM FIGUEROA**

    **ADAM FIGUEROA**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am a Correction Officer at the New York City Department of Correction ("DOC").

2. I have held this position since 1997.

3. On March 31, 2020, at 12:31 P.M., I received an email from Sheila Bailey at the New York State Department of Corrections and Community Supervision ("DOCCS"), Division of Parole.

4. The subject of this email was "Parole warrant lifts" and the body of the email read, "Please open the attached document."

5. The document attached to this email was a warrant lift for Modesto Rodriguez.

6. This warrant lift, dated March 31, 2020, stated that the Board of Parole has authorized that Modesto Rodriguez's warrant be lifted on March 31, 2020.

7. This warrant lift was signed by Sheila Bailey for Antoinette Douglass.

8. I stamped and signed this warrant lift.

9. Once I received the email from DOCCS, I forwarded the warrant lift to the facility where Modesto Rodriguez was housed in order to effectuate the immediate release of Modesto Rodriguez, barring any parole holds or detainers.

10. It is my understanding that on that same day, March 31, 2020, Modesto Rodriguez was released from custody.

Dated: New York, New York
November 20, 2023

ADAM FIGUEROA