STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION



Warrant No: __823208__

# WARRANT FOR RETAKING AND DETAINING A PAROLED OR CONDITIONALLY RELEASED PERSON OR A PERSON RELEASED TO POST-RELEASE SUPERVISION AND/OR STRICT AND INTENSIVE SUPERVISION AND TREATMENT

TO ANY PAROLE OFFICER, PEACE OFFICER OR ANY OFFICER authorized to served criminal or civil process and to the superintendent or other person in charge of any jail, penitentiary, lockup or other place of detention in the State of New York, any other state, or other jurisdiction:

Having reasonable cause to believe that __Rodriguez, Modesto__ a person under the supervision of the New York State

NYSID No: __06986752-N__   DIN No: __02R2488__

New York State Department of Corrections and Community Supervision has violated his/her release agreement and/or conditions of strict and intensive supervision and treatment or has lapsed or is probably about to lapse, into criminal way or company, now therefore, pursuant to the provisions of Article 12-B of Executive Law and the Rules and Regulations of the Board of Parole, and/or Article 10 of the Mental Hygiene Law, I hereby order that said person be retaken and placed in detention to await the action of the New York State Department of Corrections and Community Supervision or a court of competent jurisdiction and for so doing, this shall be your sufficient warrant.

Department of Corrections and Community Supervision

| | | |
|---|---|---|
| Violation of Strict and Intensive Supervision Treatment | ☐ | Per: __SPO J. Kennedy__ |
| Violation of Parole, Conditional Release or Post-Release Supervision | ☐ Dated | _Kennedy for Kennedy_ |

THIS IS A CERTIFIED COPY OF WARRANT ORIGINALLY ISSUED FOR: __Rodriguz, Modesto__

_____
Parole Officer

COUNTY OF NEW YORK } S.S.:
STATE OF NEW YORK }

On this __31st__ day of __October__ 2019, before me __J. Castillo__
to be know to be a __parole officer__ of the New York State Department of Corrections and Community Supervision attested that the above instrument is a certified copy of warrant originally issued.

_Carrie Fudge_
Notary Public

FUDGE CARRIE JO
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01FU6313995
QUALIFIED IN DUTCHESS COUNTY
MY COMMISSION EXPIRES 10/27/20__

FORM 4012 (Rev: 11/14)   STATE DEFS 000082

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION



Warrant No: __823208__

# WARRANT FOR RETAKING AND DETAINING A PAROLED OR CONDITIONALLY RELEASED PERSON OR A PERSON RELEASED TO POST-RELEASE SUPERVISION AND/OR STRICT AND INTENSIVE SUPERVISION AND TREATMENT

TO ANY PAROLE OFFICER, PEACE OFFICER OR ANY OFFICER authorized to served criminal or civil process and to the superintendent or other person in charge of any jail, penitentiary, lockup or other place of detention in the State of New York, any other state, or other jurisdiction:

Having reasonable cause to believe that __Rodriguez, Modesto__ a person under the supervision of the New York State

NYSID No: __06986752-N__   DIN No: __02R2488__

New York State Department of Corrections and Community Supervision has violated his/her release agreement and/or conditions of strict and intensive supervision and treatment or has lapsed or is probably about to lapse, into criminal way or company, or is in any manner, pursuant to the provisions of Article 12-B of Executive Law and the Rules and Regulations of the Board of Parole, and/or Article 10 of the Mental Hygiene Law, I hereby order that said person be retaken and placed in detention to await the action of the New York State Department of Corrections and Community Supervision or a court of competent jurisdiction and for so doing, this shall be your sufficient warrant.

*Certified Copy Only*

Department of Corrections and Community Supervision

Violation of Strict and Intensive Supervision Treatment ☐   Per: __SPO J. Kennedy__

Violation of Parole, Conditional Release or Post-Release Supervision ☐ Dated _____   __Kenny J Kennedy__

THIS IS A CERTIFIED COPY OF WARRANT ORIGINALLY ISSUED FOR: __Rodriguz, Modesto__

__Modesto Rodriguez__
Parole Officer

COUNTY OF NEW YORK  } S.S.:
STATE OF NEW YORK   }

On this __31st__ day of __October__ 2019, before me __J. Castillo__ to be know to be a __parole officer__ of the New York State Department of Corrections and Community Supervision attested that the above instrument is a certified copy of warrant originally issued.

__Carrie Fudge__

FUDGE CARRIE JO
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01FU6313995
QUALIFIED IN DUTCHESS COUNTY
MY COMMISSION EXPIRES 10/27/20__

Notary Public

FORM 4012 (Rev: 11/14)   STATE DEFS 000083