

**From:** Vega, Dolly S (DOCCS) <Dolly.Vega@doccs.ny.gov>
**Sent:** Friday, March 27, 2020 9:34 AM
**To:** Oliver, Yvonne L (DOCCS) <Yvonne.Oliver@doccs.ny.gov>; Williams, Rose M (DOCCS) <Rose.Williams@doccs.ny.gov>; Bailey, Sheila P (DOCCS) <Sheila.Bailey@doccs.ny.gov>
**Cc:** Cafariella, Tami J (DOCCS) <Tami.Cafariella@doccs.ny.gov>; Delrio, Edward (DOCCS) <Edward.Delrio@doccs.ny.gov>; Joseph, Nigel P (DOCCS) <Nigel.Joseph@doccs.ny.gov>; Drayton, Sabrina R (DOCCS) <Sabrina.Drayton@doccs.ny.gov>; Dejesus, Anna M (DOCCS) <Anna.DeJesus@doccs.ny.gov>; Douglas, Antoinette A (DOCCS) <Antoinette.Douglas@doccs.ny.gov>; Mcintosh, Elliott A (DOCCS) <Elliott.McIntosh@doccs.ny.gov>; Obrien, Timothy D (DOCCS) <Timothy.Obrien@doccs.ny.gov>; Koshy, Sunny (DOCCS) <Sunny.Koshy@doccs.ny.gov>
**Subject:** Re: RODRIGUEZ, Modesto 6986752N, W#823208

Good morning ARD Oliver,

Hope all is well,

As per PO Bailey (DDOI) yesterday, the release interview was and the Warrant Lift were processed. The above mentioned Individual does not require escort as he is not Brad H or Sara and that was

discussed and confirmed verbally and via email.  I have copied PO Bailey and Deputy Chief Williams to confirm. SPO Douglas is on leave.

**Dolly S. Vega**
Senior Parole Officer

**NYS Department of Corrections and Community Supervision**
Manhattan 6 Area Office
314 W 40th Street, New York, NY 10018
( 212) 239-6052 (T) | (646) 523-5015 (C) |
(212)239-1229 F) ) | Dolly.vega@doccs,ny.gov

www.doccs.ny.gov


On Mar 27, 2020, at 9:06 AM, Oliver, Yvonne L (DOCCS) <Yvonne.Oliver@doccs.ny.gov> wrote:

> I believe he is scheduled to be picked up today. SPO Vega please confirm.
>
> **Yvonne Oliver**
> Assistant Regional Director
>
> Department of Correction and Community Supervision
> Bronx Regional Office
> 26 Bruckner Blvd. Bronx, NY 10453
> P(718) 402-8577 I C(646) 358-9230 I F(718) 402-6970
> Yvonne.Oliver@doccs.ny.gov
> www.doccs.ny.gov
>
> ---
>
> **From:** Cafariella, Tami J (DOCCS) <Tami.Cafariella@doccs.ny.gov>
> **Sent:** Friday, March 27, 2020 8:49 AM
> **To:** Delrio, Edward (DOCCS) <Edward.Delrio@doccs.ny.gov>; Joseph, Nigel P (DOCCS) <Nigel.Joseph@doccs.ny.gov>; Drayton, Sabrina R (DOCCS) <Sabrina.Drayton@doccs.ny.gov>; Dejesus, Anna M (DOCCS) <Anna.DeJesus@doccs.ny.gov>; Oliver, Yvonne L (DOCCS) <Yvonne.Oliver@doccs.ny.gov>
> **Cc:** Douglas, Antoinette A (DOCCS) <Antoinette.Douglas@doccs.ny.gov>; Mcintosh, Elliott A (DOCCS) <Elliott.McIntosh@doccs.ny.gov>; Obrien, Timothy D (DOCCS) <Timothy.Obrien@doccs.ny.gov>
> **Subject:** RE: RODRIGUEZ, Modesto 6986752N, W#823208
> **Importance:** High
>
> Good morning-  the above subject called and stated he is still in custody- Please advise if the warrant has been lifted.

STATE DEFS 000241

Thank you

**Tami Cafariella**
Sr. Administrative Analyst

**Department of Corrections and Community Supervision**
1220 Washington Ave, Building 9, Albany NY 12226
518 473 6113 (T) | 518 402 3653 (F) ) | Tami,Cafariella@Doccs.ny.gov

www.doccs.ny.gov

---

**From:** Mcintosh, Elliott A (DOCCS) <Elliott.McIntosh@doccs.ny.gov>
**Sent:** Monday, March 23, 2020 10:44 AM
**To:** Obrien, Timothy D (DOCCS) <Timothy.Obrien@doccs.ny.gov>; Delrio, Edward (DOCCS) <Edward.Delrio@doccs.ny.gov>; Joseph, Nigel P (DOCCS) <Nigel.Joseph@doccs.ny.gov>; Drayton, Sabrina R (DOCCS) <Sabrina.Drayton@doccs.ny.gov>; Dejesus, Anna M (DOCCS) <Anna.DeJesus@doccs.ny.gov>; Oliver, Yvonne L (DOCCS) <Yvonne.Oliver@doccs.ny.gov>; Cafariella, Tami J (DOCCS) <Tami.Cafariella@doccs.ny.gov>
**Cc:** Tomlinson, Rhonda (DOCCS) <Rhonda.Tomlinson@doccs.ny.gov>; Omalley, Patricia E (DOCCS) <Patricia.OMalley@doccs.ny.gov>; Douglas, Antoinette A (DOCCS) <Antoinette.Douglas@doccs.ny.gov>
**Subject:** RODRIGUEZ, Modesto 6986752N, W#823208

Attached is an Order from Bronx County Supreme Court directing the release of Modesto Rodriguez, NYSID #6986752N, pertaining to the parole revocation proceedings under parole warrant #823208. The Order directs the delinquency on the violation cancelled and the parole warrant vacated.

Mr. Rodriguez's case was completed by a final revocation hearing held on February 24, 2020. He appears to remain in local custody at this time.

Please ensure that DOCCS complies with the Order and that Mr. Rodriguez is accordingly released if there are no other holds.

Mr. Rodriguez must also be given reporting instructions, and appropriate field staff assigned.

Thank you for your attention to this matter.

STATE DEFS 000242

**Elliott McIntosh**
Associate Counsel, Board of Parole

**NYS Department of Corrections and Community Supervision**
Board of Parole
The Harriman State Campus - Building 9
1220 Washington Avenue, Albany, New York 12226-2050
(518) 473-5671  |  elliott.mcintosh@doccs.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be **confidential, privileged**, or otherwise legally protected. It is intended only for the addressee.  If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments.  Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

STATE DEFS 000243