UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODESTO RODRIGUEZ,<br><br>                          Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                          Defendants. | 21-CV-8565 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons discussed at today's hearing, the state defendants' motion for summary judgment is DENIED. *See* Dkt. 75.

The motion to file two exhibits on the docket as no longer confidential is GRANTED. *See* Dkt. 91.

As requested at the hearing, the joint pretrial order is now due January 23, 2024. Any opposition is due January 30, 2024. The final pretrial conference currently set for January 29, 2024, is hereby ADJOURNED to February 1, 2024, at 10 AM.

The Clerk of Court is directed to terminate Dkts. 75, 91.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                       United States District Judge