UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODESTO RODRIGUEZ,<br><br>         Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>         Defendants. | 21-CV-8565 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Prior to Thursday's final pretrial conference, the parties should meet and confer and try to resolve any outstanding objections. The parties should also try to agree on a joint statement summarizing the nature of the case, to be read to potential jurors. At the conference, the parties should be prepared to display any evidence as to which there is an unresolved dispute.

  SO ORDERED.

Dated: January 30, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge