# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

February 5, 2024

**Via ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Rodriguez v. City of New York, et al.*, 21-CV-8565 (AS)

Dear Judge Subramanian,

We represent Plaintiff Modesto Rodriguez in the above-captioned action. We write to inform the Court that we have reached a settlement in principle with the State Defendants. It will take a day or two for them to prepare the paperwork, but we do not anticipate anything out of the ordinary that would scuttle settlement. Further, unless the Court orders otherwise, the parties ask that the Court cancel the current pre-trial filing deadlines, as a dismissal will be filed before the trial starts.

Respectfully,

/s/

Rob Rickner

cc:

All Parties via ECF

---

Application granted in part. The Court will not stay the case but will adjourn the deadlines for pretrial submissions. If a stipulation of voluntary dismissal with prejudice is not entered by Wednesday, February 7, 2024, the JPTO and stipulation originally due today must be submitted by 5 PM on Thursday, February 8. Defendants' letter must also be submitted by 5 PM on Thursday, with plaintiff's response now due by Friday, February 9, at 5 PM.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 5, 2024